

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00353-CV

RUSH SEARCH PARTNERS, LTD.                                    APPELLANT

V.

DEKALB MEDICAL CENTER, INC.                                    APPELLEE

----------

### FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Rush Search Partners, Ltd. attempts to appeal from the trial court's September 16, 2010 order granting Appellee DeKalb Medical Center, Inc.'s special appearance. Appellant filed a timely notice of appeal. However, the trial court subsequently signed an order vacating the September 16, 2010 order.

---

[1]*See* Tex. R. App. P. 47.4.

On January 6, 2011, we informed the parties that it appeared the trial court's rescinding order rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before January 18, 2011, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Accordingly, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  February 24, 2011